1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

LEONARD BAGSBY,

7                      Petitioner,

Case No. 18-cv-00434-JCS (PR)

8            v.

9

**ORDER OF TRANSFER**

ROBERT W. FOX,

10                      Respondent.

11

12

13            In this federal habeas action, petitioner, who is housed in the Eastern District and

14    was convicted in the Central District, challenges the state courts' denials of his habeas

15    petitions in which he asked to be paroled pursuant to Proposition 57.

16            If a habeas petition is directed to the manner in which a sentence is being executed,

17    e.g., if it involves parole or time credits claims, the district of confinement is the preferable

18    forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir.

19    1989). Accordingly, this action is TRANSFERRED to the Eastern District of California,

20    as that is the district of confinement.

21            The Clerk shall transfer this action forthwith.

22            **IT IS SO ORDERED.**

23    **Dated:** January 24, 2018

24                                                        _____
                                                         JOSEPH C. SPERO
25                                                        Chief Magistrate Judge

26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARD BAGSBY,

          Plaintiff,

      v.

ROBERT W. FOX,

          Defendant.

Case No.  18-cv-00434-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard  Bagsby ID: C-55415
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: January 24, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____

Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO